## HOFFMAN & POLLOK LLP
### ATTORNEYS AT LAW
### 260 MADISON AVENUE
### NEW YORK, N.Y. 10016
### (212) 679-2900
### FAX NO: (212) 679-1844

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

BROOKLYN OFFICE

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

*SEPT/4 2005*

Granted
So ordered
s/John Gleeson
USDJ
9-2-05

*VIA FACSIMILE & REGULAR MAIL*

September 2, 2005

Hon. John Gleeson
United States District Judge E. D. of N. Y.
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jacobowitz, et al.*, 04 CR 558 (JG)

Dear Judge Gleeson:

I am writing with the consent of Assistant United States Attorney Richard Faughnan, for Your Honor to Order that a copy of the Birth Certificate of Herman Jacobs be released to Pre-Trial Services for the purpose of using it for identification in the naming of his newborn child.

Thank you for your consideration in this matter.

Very truly yours,

Jeffrey C. Hoffman

JCH/afc

cc: AUSA Richard Faughnan