# HOFFMAN & POLLOK LLP
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL
ROBERT H. KIERNAN
(1973 - 1995)

★ SEP 14 2005 ★
BROOKLYN OFFICE

September 2, 2005

*VIA FACSIMILE & REGULAR MAIL*

Hon. John Gleeson
United States District Judge E. D. of N. Y.
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Granted.
So ordered
s/John Gleeson

USDJ
9-2-05

Re: *United States v. Jacobowitz, et al.*, 04 CR 558 (JG)

Dear Judge Gleeson:

I am writing with the consent of the United States Attorney's Office for an extension of the bail limits for Herman Jacobs so that he be permitted to attend the following family weddings:

Sunday, September 4, 2005, his wife's nephew (brother's son), son of Moses Markowitz
Wednesday, September 14, 2005, his wife's nephew (sister's son), son of Shalon Goldberger. Both weddings will be held at 5 Israel Zupnick Drive, Monroe, New York.

Monday, September 12, 2005, his wife's niece (sister's daughter), Amron Ungar. This wedding will be at Viznetzar Hall, 1 School Terrace, Monsey, New York.

The weddings will begin at 8:30 p.m. AUSA Richard Faughnan has consented to Mr. Jacobs attending the weddings and returning by 12:30 a.m.

Thank you very much for your courtesy and consideration.

Respectfully submitted,
Jeffrey C. Hoffman

JCH/afc

cc: All counsel
    AUSA Richard Faughnan