## HOFFMAN & POLLOK LLP
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

✱ SEPT 14 2005 ✱

BROOKLYN OFFICE

*VIA FACSIMILE & REGULAR MAIL*

September 8, 2005

Hon. John Gleeson
United States District Judge E. D. of N. Y.
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Granted

So ordered

Re: *United States v. Jacobowitz, et al.*, 04 CR 558 (JG)     s/John Gleeson

Dear Judge Gleeson:

I am writing with the consent of Assistant United States Attorney Richard Faughnan, for Your Honor to Order that a copy of Herman Jacobs' passport be released to Pre-Trial Services for the purpose of using it for identification in the naming of his newborn child. Please accept our apologies for requesting the wrong document in our correspondence of September 2, 2005.

Thank you for your consideration in this matter.

Very truly yours,

Jeffrey C. Hoffman

JCH/afc

cc:   AUSA Richard Faughnan
      Anna Chu, Pre-Trial Services