

**U.S. Department of Justice**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2006 ★
BROOKLYN OFFICE

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

Mailing Address: *147 Pierrepont Street*
*Brooklyn, New York 11201*

February 15, 2006

RECEIVED
FEB 16 2006
CHAMBERS OF JUDGE GLEESON

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

Re: United States v. Herman Jacobowitz, et al.
Docket Number 04-558 (JG)

Dear Judge Gleeson:

The government has conferred with the attorneys for defendants Herman, Aaron, and Jacob Jacobowitz, and we jointly request that the sentencing date for the defendants be adjourned from March 3, 2006 to a date in June 2006. The parties have held several meetings on various issues, including the loss calculation, in an effort to resolve or narrow the scope of any sentencing hearing that may be required. We anticipate the need for additional meetings. The issues are complex and the ongoing efforts to resolve or narrow those issues may very well substantially shorten the sentencing proceeding. Therefore, we request that the sentencing date for the defendants be adjourned to a date in June 2006.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: _____
Richard T. Faughnan
Assistant U.S. Attorney

June 22, 2006
@ 2:00 PM

s/John Gleeson

cc: Benjamin Brafman, Esq.
Brafman & Ross, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017

Jeffrey C. Hoffman, Esq.
260 Madison Avenue, 22nd Floor
New York, New York 10016

Jack T. Litman, Esq.
Litman, Asche & Gioiella, LLP
45 Broadway, 30th Floor
New York, New York 10006

Clerk of the Court